# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEPHEN J. TURCHAN, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 2:07-CV-0435 |
| v. : | |
| : | Judge Algenon L. Marbley |
| EQUITY FOR LIFE, LLC, ET AL., : | |
| : | Magistrate Judge Kemp |
| Defendants. : | |

## ORDER

This matter is before the Court on Plaintiff, Stephen J. Turchan's ("Turchan") Motion for Default Judgment Against Joseph Garrity ("Garrity"). (Doc. 62.). On October 22, 2008, Magistrate Judge Kemp granted a motion to withdraw filed by Mr. Garrity's counsel. Since that time Garrity: (1) has not engaged in any discovery efforts; (2) did not disclose any expert witnesses; (3) failed to appear at the Court-ordered settlement conference; (4) has not filed any motions with the Court; (5) failed to file a witness and exhibit list; and (6) failed to propose jury instructions. (Doc. 62. Mot for Default Judg.)

On February 22, 2010, this Court sent to Garrity via certified mail: (1) a copy of all of the orders docketed in this case since October 22, 2008 when Garrity's counsel was terminated; (2) a copy of the Order scheduling a status conference for March 8, 2010; and (3) a cover letter explaining that Garrity's presence at the status conference was required and that the Court would be considering Turchan's Motion for Default Judgment. On March 8, 2010, this Court held a status conference, and Garrity was not present.

Federal Rule 55(a)(2) allows the Court to enter a default judgment "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise

defend." Fed. R. Civ. P. 55(a)(2). As discussed above, Garrity has failed to defend himself in this action. Therefore, Turchan's Motion for Default Judgment is **GRANTED**. Federal Rule 55(a)(2) also allows this Court to determine the amount of damages. Fed. R. Civ. P. 55(a)(2) ("The court may conduct hearings or make referrals – preserving any statutory right to a jury trial – when, to enter or effectuate judgment it needs to...determine the amount of damages...."). In this case, the issue of damages will be determined by written submission. It is **ORDERED** that Turchan submit his brief on the issue of damages by March 22, 2010. It is further **ORDERED** that any response by Garrity be submitted by April 5, 2010. It is **ORDERED** that Turchan file any reply by April 12, 2010.

    **IT IS SO ORDERED.**

        **s/Algenon L. Marbley**
        **ALGENON L. MARBLEY**
        **United States District Court Judge**

**DATED: March 17, 2010**