**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**STEPHEN J. TURCHAN,**

    **Plaintiff,**

    v.

**EQUITY FOR LIFE, LLC, ET AL.,**

    **Defendants.**

Civil Action No. 2:07-CV-0435

Judge Algenon L. Marbley

Magistrate Judge Kemp

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the July 22, 2010 Order, Upon the Default Judgment against Joseph Garrity and in light of Plaintiff's Brief in Support of Damages Award, judgment is entered against the Defendant, Joseph Garrity, in the sum of $54,264.45. Said sum represents $39,689.45 in compensatory damages plus interest to Plaintiff and $14,575.00 in legal fees and costs incurred.

Date: **July 22, 2010**          **James Bonini, Clerk**

                                                                 s/Betty L. Clark
                                                                Betty L. Clark/Deputy Clerk